Eugene **MCALLISTER III,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. ED 101661**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: August 25, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied
November 5, 2015

Application for Transfer Denied
December 22, 2015

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

## ORDER

**PER CURIAM.**

Eugene McAllister III (Movant) appeals from the motion court's judgment denying, without an evidentiary hearing, his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 29.15 (post-conviction motion).[1] We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo. R. Crim. P. 2013.